IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10485
Summary Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE RAY GUIA,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-2711-H
- - - - - - - - - -
December 18, 1995
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the district court's order denying appellant's motion to vacate, correct, or set aside his sentence under 28 U.S.C. § 2255. Appellant argues that his trial counsel was ineffective in that he failed to object to hearsay testimony; he failed to present evidence of appellant's employment history; he failed to investigate plausible defenses; and he failed to allow appellant to review all of the telephone conversations taped by the

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

Government.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm for essentially the reasons given by the district court.  <u>United States v. Guia</u>, No. 3:94-CV-2711-H (N.D. Tex. April 17, 1995).

AFFIRMED.